# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

D'KERIAN THOMPSON

NO. 2024 KW 0857

**DECEMBER 4, 2024**

---

In Re:   D'Kerian Thompson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-1701099.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT